

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Dawn Ursin, Individually and on behalf of JaCardo Hawkins, Deceased v. Brandsafway LLC

Appellate case number:    01-22-00651-CV

Trial court case number:  2020-21353

Trial court:                 295th District Court of Harris County

Appellant is appealing from the trial court's August 9, 2022 order granting appellee's traditional and no-evidence motions for summary judgment. On September 12, 2022, the court reporter advised this Court that there was a reporter's record, but that appellant had not requested preparation and filing of the reporter's record. On October 12, 2022, this Court sent a notice to appellant concerning the failure to request or make financial arrangements for the filing of the reporter's record. *See* TEX. R. APP. P. 37.3(a).

Because the reporter's record has not yet been filed, appellant's brief is not yet due. But on December 15, 2022, appellant tendered a brief which was received only. The brief received on December 15, 2022 is not in compliance with the briefing requirements set out in the Texas Rules of Appellate Procedure because it lacks citations to the record, or inadequate citations to the record, in the statement of facts and argument sections of the brief. There are some citations to depositions, but these citations do not cite to the pages in the record where these depositions may be found. *See* TEX. R. APP. P. 38.1(g), (i). We **strike** the brief and **order** appellant to correct the above-described deficiencies.

If appellant intends to file a brief without the benefit of a reporter's record, appellant shall advise the Court that no reporter's record will be requested and must raise in the brief only those issues that do not require the reporter's record for decision.

The reporter's record, if appellant intends to file one, shall be filed **within 30 days of the date of this order**. If a reporter's record is filed, appellant's amended brief is due **30 days after the reporter's record is filed**. *See* TEX. R. APP. P. 38.6(a). If appellant does not intend to file a reporter's record, appellant shall file its amended brief, noting that no reporter's record will be filed **within 30 days of the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____

☑ Acting individually   ☐ Acting for the Court

Date:   ___January 3, 2023_____